# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CV577 |
| | ) | |
| v. | ) | |
| | ) | |
| DUHAMEL BROADCASTING ENTERPRISES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 129 be stricken from the record for the following reason:

- Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 129 from the record.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge